AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH JAMES CAIN BENSON<br><br><br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:17mj 31<br>)<br>)<br>)<br>) |

**FILED**
MAR 10 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2009__ in the county of __Newport News__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 924(j) | Murder with a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by:

_Howard Zlotnick_, Managing U.S. Attorney

_____
*Complainant's signature*

Liza A. Ludovico, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/10/2017

_____
*Judge's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*